1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GOINS, as an individual, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORP.,<br><br>　　　　　　Defendant.<br>_____ | Case No.: 1:15-CV-01738- DAD-JLT<br><br>SCHEDULING ORDER (Fed. R. Civ. P. 16)<br><br>Pleading Amendment Deadline:  6/2/2016<br><br>Class Discovery Deadlines:<br>　　Initial Disclosures:  4/11/2016<br>　　Non-Expert:  10/7/2016<br><br>Non-dispositive class-discovery motions:<br>　　Filing:  12/1/2016<br>　　Hearing date:  1/5/2017<br><br>Mid-discovery status conference:<br>　　7/18/2016 at 9 a.m.<br><br>Class Certification Motion Deadlines:<br>　　Filing:  3/10/2017<br>　　Opposition:  6/9/2017<br>　　Reply brief:  9/8/2017<br>　　Hearing:  10/17/2017 at 9:30 a.m. |

1

**I.     Date of Scheduling Conference**

March 9, 2016.

**II.    Appearances of Counsel**

Chaim Setareh appeared on behalf of Plaintiff.

David Jacobson appeared on behalf of Defendant.

**III.   Magistrate Judge Consent:**

**Notice of Congested Docket and Court Policy of Trailing**

Due to the District Judges' heavy caseload, the newly adopted policy of the Fresno Division of the Eastern District is to trail all civil cases. The parties are hereby notified that for a trial date set before a District Judge, the parties will trail indefinitely behind any higher priority criminal or older civil case set on the same date until a courtroom becomes available. The trial date will not be reset to a continued date.

The Magistrate Judges' availability is far more realistic and accommodating to parties than that of the U.S. District Judges who carry the heaviest caseloads in the nation and who must prioritize criminal and older civil cases over more recently filed civil cases. A United States Magistrate Judge may conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

The Fresno Division of the Eastern District of California, whenever possible, is utilizing United States Article III District Court Judges from throughout the nation as Visiting Judges. Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

Therefore, the parties are directed to consider consenting to Magistrate Judge jurisdiction to conduct all further proceedings, including trial. **Within 10 days** of the date of this order, counsel **SHALL** file a consent/decline form (provided by the Court at the inception of this case) indicating whether they will consent to the jurisdiction of the Magistrate Judge.

## IV. Pleading Amendment Deadline

Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend, no later than **June 2, 2016**.

## V. Discovery Plan and Cut-Off Date

The parties are ordered to exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before **April 11, 2016**. The parties are ordered to complete all class discovery pertaining to non-experts on or before **October 7, 2016**.

## VI. Pre-Trial Motion Schedule

### A. Mid-discovery status conference

A mid-discovery status conference is scheduled for **July 18, 2016** at 9:00 a.m. before the Honorable Jennifer L. Thurston, U.S. Magistrate Judge, located at 510 19th Street, Bakersfield, California, 93301. A Joint Mid-Discovery Status Conference Report, carefully prepared and executed by all counsel, shall be filed one full week prior to the conference, and shall be e-mailed, in Word format, to JLTorders@caed.uscourts.gov. The joint statement SHALL outline the discovery that has been completed and that which needs to be completed as well as any impediments to completing the discovery or filing the class certification within the deadlines set forth in this order. Counsel may appear via CourtCall.

### B. Discovery motions and other non-dispositive motions

All non-dispositive, pre-trial motions related to class discovery or that would bear on the class certification motion, shall be filed no later than **December 1, 2016**, than heard no later than **January 5, 2017**. Non-dispositive motions are heard before the Honorable Jennifer L. Thurston, United States Magistrate Judge at the United States Courthouse in Bakersfield, California.

No written discovery motions shall be filed without the prior approval of the assigned Magistrate Judge. A party with a discovery dispute must first confer with the opposing party in a good faith effort to resolve by agreement the issues in dispute. If that good faith effort is unsuccessful, the moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge. It shall be the obligation of the moving party to arrange and originate the conference call to the court. To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk,

Susan Hall at (661) 326-6620 or via email at SHall@caed.uscourts.gov.  **Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 144(e).  However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.  Counsel may appear and argue non-dispositive motions via CourtCall.

### B.     Motion for class certification

The motion for class certification SHALL be filed no later than **March 10, 2017**.  The opposition brief SHALL be filed no later than **June 9, 2017**.  Objections to the movant's evidence SHALL be filed at the same time as the opposition.  The optional reply brief SHALL be no later than **September 8, 2017**.  Objections to the opponent's evidence SHALL be filed at the same time as the reply.

The motion SHALL be heard on **October 17, 2017,** before the Honorable Dale Drozd, United States District Court Judge, in Courtroom 5, Robert E. Coyle Federal Courthouse, Fresno, CA.

At least **21 days before** the filing of the class certification motion, counsel SHALL meet and confer.  The purpose of the meeting shall be to: 1) determine whether the opponent agrees that the motion has merit in whole or in part; 2) discuss whether issues can be resolved without the necessity of briefing; 3) narrow the issues for review by the court, and; 4) explore the possibility of settlement before the parties incur the expense of briefing a summary judgment motion.

In the notice of motion the moving party **SHALL** certify that the parties have met and conferred as ordered above, or set forth a statement of good cause for the failure to meet and confer.

### C.     Dispositive motions

Any dispositive, pre-trial motions will be by the Honorable Dale Drozd, United States District Court Judge.  **In scheduling such motions, counsel shall comply with Fed. R. Civ. P. 56 and Local Rules 230 and 260.**

At least 21 days prior to the filing of the motion, counsel are ORDERED to meet, in person or by telephone.  The purpose of the meeting shall be to: 1) avoid filing motions for summary judgment

4

where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of settlement before the parties incur the expense of briefing a summary judgment motion; 6) to arrive at a joint statement of undisputed facts.

The moving party shall initiate the meeting and provide a draft of the proposed finalized joint statement of undisputed facts. **In addition to the requirements of Local Rule 260, the moving party SHALL file a JOINT statement of undisputed facts.**

In the notice of motion the moving party **SHALL** certify that the parties have met and conferred as ordered above, or set forth a statement of good cause for the failure to meet and confer.

### VII.   Remainder of the case schedule

The Court will convene a second scheduling conference once the class motion has been decided.

### XIII.   Compliance with Federal Procedure

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

### XIV.   Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **March 10, 2016**                              **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE