# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GOINS, et al., | Case No.: 1:15-cv-01738 DAD JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 21) |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

On April 19, 2016, the parties notified the Court they have settled the matter.  (Doc. 21)  They report they will complete the settlement document within 30 days.  Thus, the Court **ORDERS**:

1.    The parties **SHALL** file their stipulated dismissal no later than **May 20, 2016**;

2.    All other pending dates, conferences and hearings are **VACATED** and any other pending motions are ordered **TERMINATED.**

**Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action or striking the answer and entering default.**

IT IS SO ORDERED.

Dated:   __May 3, 2016__                        _____ **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE